## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

**REHEARING ACTION: February 18, 2015**

**Docket Number: 14   00640-CA**

**MARY ELBERSON**
**VERSUS**
**GEICO GENERAL INSURANCE COMPANY**

**Appealed from Lafayette Parish Case No. C-20114879**

**BEFORE JUDGES**:

>  Hon. John D. Saunders
>  Hon. Jimmie C. Peters
>  Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mary Elberson** has this day been

>  **GRANTED** for the limited purpose of assessing appellate costs
>  against GEICO.

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **GEICO General Insurance Company** has this day been

>  **DENIED.**

cc: Stephen Robert Barry, Counsel for the Appellee
   Wendell Robert Verret, Counsel for the Appellee
   Lawrence J. Centola, III, Counsel for the Appellant
   Claude P. Devall, Counsel for the Appellant
   Derrick G. Earles, Counsel for the Appellant
    J. Clemille Simon, Counsel for the Appellant